FILED - GR
December 26, 2023 1:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: JW /12-2

Federal District Court
Court Clerk

1:23-cv-1348
Robert J. Jonker
U.S. District Judge

Thursday Dec. 21 2023

Dear Court Clerk,

My Name is William Troy West 2/2/65, i Am Lodged At the Kent Co. Jail. My Purpose for Corresponding To Your Court is I want to Bring Action Against City of Grand Rapids, And Grand Rapids Police department And then Seperately File Charges Against 8 Police officers of G.R.P.D. 2 of them Being Sergants 1 of the Sergants Being Present At several of the Incidents of which i wish to file Charges Against

At this Current time I do Not have All of the Correct Names, But i do have the Correct Names in My Wife's Possession At home, The 3 Names that i Know for Fact Are Officer Gregorey Officer Nawroki And Officer Cumminga. The dates Connected to these officers And Sergants date Back to June 6th of 2021

Sunday Early in the evening A Grand Rapids Police Sergant And 6 other GRPD officers forced there way through my Fences And into the CurtAlidge of our Property Not even ANouncing there Presense or Purpose, And Forced there way into My Garage Arrested me And Removed me from My Garage where my wife And i enjoy Leisurely Activities. They did this without Warrant And without Probable Cause At 1117 Hamilton Ave Grand Rapids, Mi After they Removed me from my Garage And My Wife Stating to the Officers What Are you doing? Wheres your Warrant To Get off of our Properties the Sergant said to her We don't Need A Warrant And were Not leaving. And Continued About there thrashing of our Garage. They Charged Me with Several Drug Related Crimes And tried to force And Coarse Me to Agree to Work with them. I Refused. And Basically was Facing to Rest of My Life in Prison.

Altimately the Charges Against me were dismissed After Several Months of the Judicial Process Which has Caused me Severe Anxiety, PARANIOA, depression And Social Withdrawl Altimately Causing me to lose Interst in Life At All.

After the dismissal of my Charges GRPD has Continued their Pattern of MisConduct with Patterns of harrasment, deafamation of Character Assalting me on Several OCCAissions And then Charging me With More Crimes when i had Done Nothing Wrong.

My Court Appointed Attorney Lesley Kranenberg has in her Possesion 2 Videos of the GRPD Assaulting Me And Severely Beating me After i had Been hand Cuffed. One of those Videos Related to why I Am here at the Kenty Co. Jail Now, the Prosecutor had deliberitely tried to withhold A Video of GRPD. Assaulting And Punching Me in the face And left ear Causing me to

loose Nearly All My hearing in My left ear, to the Point Alls i hear is A loud Screeching Noise that sounds As A Wheel Bearing going Bad on a Automobile.

Do to My inability to Provide A Retainer fee for A Civil Attorney I have Not Been Able to file the Correct Charges Against these Entities to Be Compensated for the torement that i have had to endure over the last Several years. this instit Incident that i Am going through Now has Showed me that the City of Grand Rapids And there Police department will Stop At Nothing to feed there Malicous Intent. And i fear for My life that one day they will Actually Kill Me.

Nobody in America Should feel As i do. And Be Afraid to Leave there own home Much less enjoy liesurely Activities in there own Castle.

→

So; Say All that i have And Believe Me there Are A host of episodes of Police MisConducts Related to Me And My home.

I respectfully Come to you to Ask for help?? Is there A process or Procedure to file the Correct Charges? What Are the Correct charges??

Can A Attorney Be Appointed to Me to get me the Justice And liability Damages I Am entitled to. What Can Be Done to help Me?

Thank You for your Patience And time in reading My Letter. I Look forward to a timely Response And Wish you All Safe And Joyess holidays.

Sincerely
William T. West
Lodged At KCCF  703 Ball Ave. N.e.
G.R. Mi. 49503

My home Address
Nancy + William
1117 Hamilton N.W.
Grand Rapids Mi. 49504
feel free to Contact her As well
616-821-0346

Lesley Kranenberg Phone #
616-710-8171

Case 1:23-cv-01348-RJJ-PJG ECF No. 1, PageID.6 Filed 12/26/23 Page 6 of 6



NAME: William West
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503

GRAND RAPIDS MI 493
23 DEC 2023 PM 3 L

*ATT Federal District Court Bldg.
Court Clerk
299 Ottawa Ave. NW.
Grand Rapids, MI 49503

C.C.