UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM TROY WEST,

        Plaintiff,

v.

        Case No: 1:23-cv-1348

        HON. ROBERT J. JONKER

CITY OF GRAND RAPIDS et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the Order Adopting and Approving Magistrate's Report and Recommendation entered this day, Judgment is entered in favor of Defendants and against Plaintiff.

Dated: November 20, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE